# Courtroom Minute Sheet
# ARRAIGNMENT/PLEA/CHANGE OF PLEA
# WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __9/3/10__  Case No. __4:10-CR-120-CDP__
UNITED STATES OF AMERICA vs. __Manu Bevly__
Judge __Catherine D. Perry__  Court Reporter __S. Moran__
Deputy Clerk __K. Hisaw__  Interpreter __-__
Assistant United States Attorney(s) __Thomas Mehan__
Attorney(s) for Defendant __John Yarbrough__

Arraignment/Waiver of Indictment/Plea:
Defendant's age _____  Education _____
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until _____ at _____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information  ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts _____ of the ☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

Change of Plea:
✗ The Court finds the defendant competent to enter a plea of guilty.
✗ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) __1__ of the ☐ superseding ☐ information ✗ indictment
✗ Stipulation of facts relative to sentencing filed ✗ with ☐ without plea agreement
✗ The Court ADOPTS [33] Report and Recommendations of Magistrate Judge Frederick R. Buckles ; ORDERED [[20], [21]] Motions To Suppress Evidence and Statements are DENIED.
☐ Stipulation/plea agreement filed under seal
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
✗ Sentencing set __11/23/10__ at __To Be Set by Order__ am/pm
✗ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __11/2/10__
☐ Defendant is remanded to custody  ✗ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer _____ present

Proceedings commenced __10:05__ a.m.  concluded at __10:45__ a.m.